**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:21-00093-KD-MU |
| | ) |
| **BILLY JAMES LEWIS,** | ) |
|     **Defendant.** | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and without any objection having been filed by the parties, the Defendant's plea of guilty to **COUNT ONE** of the Indictment is now accepted, and the Defendant is adjudged guilty of such offenses.

The sentencing hearing is scheduled for **January 28, 2022** at **9:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **30th** day of **November 2021.**

                                                       /s/ Kristi K. DuBose
                                                     **KRISTI K. DuBOSE
                                                     UNITED STATES DISTRICT JUDGE**